1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTIAAN H. HIGHSMITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2739
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

**FILED**

APR 17 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE SEARCH OF: | CASE NO. 2:13-SW-0541-DAD
12 | 5913 Witt Way, Elk Grove, CA    | [PROPOSED] ORDER TO UNSEAL SEARCH
                                       WARRANT AND SEARCH WARRANT
13 |                                 | AFFIDAVIT

14
      The government's request to unseal the Search Warrant and this case is GRANTED.
15

16 Dated: April 16, 2014
17                                            _____
18                                            HON. KENDALL J. NEWMAN
                                              U.S. Magistrate Judge